**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HELLER FINANCIAL, INC.,**

    **Plaintiff,**

**v.**

**WHITEMARK AT FOX GLEN, LTD.,**
**et al.,**

    **Defendants,**   Case No. 8:05-mc-18-T-24TBM

**and**

**BANK OF AMERICA, N.A.,**

    **Garnishee.**
_____/

**O R D E R**

THIS MATTER is before the court on the Garnishee Bank of America, N.A.'s **Answer to Writ of Garnishment Served April 22, 2005 and Demand for Attorney's Fees** (Doc. 10). Previously, this court entered an Order (Doc. 3) granting Plaintiff's Motion to Direct Clerk to Issue Writ of Garnishment and to Appoint David R. Schulz as Special Process Server (Doc. 2). A writ directed to the Bank of America, N.A. (hereinafter "Garnishee") issued on April 20, 2005. See (Doc. 5). In response to the writ, the Garnishee filed the instant Answer indicating that it was not indebted to nor has it had any goods, monies, chattels, or effects of the Defendant at any time pertinent to the writ and its answer with the exception of $13,879.31 held in checking account number 003443407429. See (Doc. 10). By an attachment to its Answer, the Garnishee makes a demand for the statutory allowance as compensation to be applied toward the Garnishee's reasonable attorney's fees.

Section 77.28 of the Florida Statutes provides in pertinent part:

> Before issuance of any writ of garnishment, the party applying for it shall deposit $100 in the registry of the court which shall be paid to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her attorney's fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ. . . .

Fla. Stat. ch. 77.28. The Plaintiff did not deposit the statutory amount into the court's registry at the time it sought the writs of garnishment, and Plaintiff has not filed a response to the Garnishee's demand for statutory fees.

Accordingly, it is **ORDERED** that **Garnishee's Demand for Attorneys' Fees** (Doc. 10) is **GRANTED** to the extent that the Plaintiff is directed to pay this statutory allowance payable to Haley, Sinagra, Paul & Toland, P.A.

**Done and Ordered** in Tampa, Florida, this 7th day of June 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record